IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARY F. McNEESE, as Personal Representative and
Spouse of TINA MARIE McNEESE, Deceased,**

**Plaintiff,**

**vs.**                                                                 No. **1:17-cv-01164-KWR-KK**

**UNITED STATES OF AMERICA,**

**Defendant.**

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** came before the Court upon *Plaintiff's Motion for Partial Summary Judgment on the Issue of Breach of the Standard of Care by the Emergency Department Physician* (**Doc. 101**)**,** filed on **July 9, 2021** and the Court being fully advised in the premises,

**HEREBY FINDS THAT:**

1. There is a Zoom Status/Scheduling Conference set in this matter on **Monday, July 19, 2021 at 9:30 a.m.**

2. A necessity exists to expedite briefing on Plaintiff's motion so as to not further delay scheduling this matter for trial.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. Defendant's response to Plaintiff's motion must be filed no later than **July 19, 2021 by 5:00 p.m.**

2. Plaintiff's reply to Defendant's response must be filed no later than **July 26, 2021 by 5:00 p.m.**

3.	Briefing of Plaintiff's motion must be completed by **July 30, 2021 by 5:00 p.m.** with Plaintiff's counsel filing the appropriate Notice of Completing of Briefing for the motion.

4.	Upon completion of briefing, the Court will set an expedited hearing on the motion.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**